AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2013 APR 17 3:04
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| | |
|---|---|
| PAUL HAAS, an individual, | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| GARRETT GUNDERSON, an individual, HORIZON AUTO FUNDING, a Utah limited liability company, HORIZON FINANCIAL CENTER I, a Utah limited liability company, HORIZON FINANCIAL & INSURANCE GROUP, a Utah company, and INDEPENDENT COMMERCIAL LENDING, a Utah limited liability company, | |

Case Number: 2:11-cv-00683-DB

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendant and plaintiff's cause of action is dismissed with prejudice.

| | |
|---|---|
| April 17, 2013 | D. Mark Jones |
| Date | Clerk of Court |
| | |
| | *(signature)* |
| | (By) Deputy Clerk |